*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 30, 2020

**BY ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Laurell Wells & Georgia Ward*,
            20 Cr. 633 (NRB)

Dear Judge Buchwald:

      The above-captioned case was recently assigned to the Court's docket, and Your Honor's Chambers is currently seeking to schedule an arraignment and initial conference for December 7, 2020 or December 8, 2020. Accordingly, the Government moves, with the consent of defense counsel, that time be excluded under the Speedy Trial Act through December 8, 2020. Such an exclusion would be in the interest of justice as it would allow for discussions concerning a disposition of this matter and time for the Government to prepare discovery. *See* 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: /s/ Daniel Nessim
Daniel G. Nessim
Assistant United States Attorney
(212) 637-2486

```
Application granted.  The
Court excludes time under
the Speedy Trial Act until
December 8, 2020.  See 18
U.S.C. § 3161(h)(7)(A).  SO
ORDERED.
```

/s/ Naomi Reice Buchwald
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated:  New York, New York
        November 30, 2020