

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 22, 2021

**BY ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Laurell Wells & Georgia Ward*,
            20 Cr. 633 (NRB)

Dear Judge Buchwald:

     A conference in the above-captioned case is currently scheduled for February 8, 2021. The parties write to respectfully request that the Court adjourn this status conference for approximately thirty days. Such an adjournment is necessary to allow for the Government to complete its production of discovery and for defense counsel to review discovery. The Government also moves, with the consent of defense counsel, that time be excluded under the Speedy Trial Act through the next-scheduled conference. Such an exclusion would be in the interest of justice as it would allow for discussions concerning a disposition of this matter and time for the production and review of discovery. *See* 18 U.S.C. § 3161(h)(7)A).

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: */s/ Daniel Nessim*
Daniel G. Nessim
Assistant United States Attorney
(212) 637-2486

```
Application granted.  The
conference is adjourned until
March 11, 2021 at 11:00 a.m. The
Court excludes time under the
Speedy Trial Act until that date.
See 18 U.S.C. § 3161(h)(7)(A).
SO ORDERED.
```

*/s/ Naomi Reice Buchwald*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

```
Dated:  New York, New York
        January 22, 2021
```