

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 21, 2022

**BY ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Laurell Wells & Georgia Ward*,
             20 Cr. 633 (NRB)

Dear Judge Buchwald:

    On April 12, 2022, the Court adjourned an April 13, 2022 conference to May 17, 2022. The Government respectfully writes, with the consent of the defendant (*see* Dkt. No. 50), to request that the Court exclude time under the Speedy Trial Act through May 17, 2022. Such an exclusion would be in the interest of justice as it would allow for discussions concerning a disposition of this matter. *See* 18 U.S.C. § 3161(h)(7)A).

Application granted.
**SO ORDERED.**

*/s/ Naomi Reice Buchwald*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       April 21, 2022

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: */s/ Daniel Nessim*
Daniel G. Nessim
Assistant United States Attorney
(212) 637-2486