```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

THE UNITED STATES OF AMERICA,

        - against -                            ORDER

LAURELL WELLS and GEORGIA WARD,                20 Cr. 633 (NRB)

                Defendants.

------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** defendant Laurell Wells was originally represented by Jeffrey Chabrowe, whom he privately retained; and

**WHEREAS** on June 9, 2022, Mr. Wells dismissed Mr. Chabrowe as counsel; it is hereby

**ORDERED** that Steven Brill is appointed as counsel for Mr. Wells *nunc pro tunc* to June 9, 2022 pursuant to the Criminal Justice Act.

Dated:   New York, New York
         June 14, 2022

                                            NAOMI REICE BUCHWALD
                                            UNITED STATES DISTRICT JUDGE