

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

July 15, 2022

**Via ECF**
Honorable Naomi Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: **United States v. Laurell Wells**
**Ind. # 20 Cr. 633 (NRB)**

Dear Judge Buchwald:

I have recently been assigned, as substitute counsel, to represent Mr. Wells in connection with the indictment pending before you. Presently, a status conference is scheduled for July 28, 2022. Given that I am now in the process of receiving the Rule 16 material, and have not yet reviewed it, I would respectfully request a 30–45-day adjournment in order to do so. Further, I respectfully request an in-person appearance.

The government has no objection to this request, and I have no objection to excluding time pursuant to the Speedy Trial Act until the next court appearance.

Thank you for your consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP
Attorneys for Mr. Wells

By: Steven Brill

Application granted. The status conference is adjourned until September 8, 2022 at 12:00 p.m.
**SO ORDERED.**

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       July 18, 2022