UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x
                                           :
UNITED STATES OF AMERICA                   :
                                           :
         -against-                         :    **ORDER**
                                           :
                                           :    20cr633-01 (JSR)
    Laurell Wells                          :    _____
                                           :    Docket #
------------------------------------------x

Hon. Jed S. Rakoff
_____, DISTRICT JUDGE:
    Judge's Name

The C.J.A. attorney assigned to this case
  Steven Brill
_____ is hereby ordered substituted
    Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to ___Kelly Currie_____, NUNC-PRO-TUNC _____
                            Attorney's Name

                                    SO ORDERED.

                                    _____
                                    UNITED STATES DISTRICT JUDGE


Dated:   New York, New York
         4-87-23