```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
UNITED STATES OF AMERICA                 :
                                         :
              -v-                        :   20 Cr. 0633-01(JSR)
                                         :
LAURELL WELLS                            :        ORDER
                                         :
              Defendant                  :
---------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

The Court has been informed by the United States Marshal Service that the above named defendant refused to exit his cell to be produced for the hearing on this date.

**IT IS HEREBY ORDERED** that the United States Marshal Service use the necessary measures, including the use of force if needed, to remove the defendant from his cell to produce him in Courtroom 14B forthwith for the hearing.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:   New York, New York
         June 29, 2023