```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　-v-<br><br>LAURELL WELLS,<br><br>　　　　Defendant. | 20-cr-00633 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

On July 10, 2023, the Court held a hearing on defendant's application for release on bail. After full consideration of the written submissions and oral argument, the Court concludes that defendant must continue to be detained at this time, and consequently the application is denied. A memorandum detailing the reasons for this decision will issue in the next few days.

　　　SO ORDERED.

New York, NY
July 11, 2023

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JED S. RAKOFF, U.S.D.J.