UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────────┐
│ UNITED STATES OF AMERICA                 │
│                                          │
│      -v-                                 │
│                                          │
│ LAURELL WELLS,                           │
│                                          │
│           Defendant.                     │
│                                          │
│                                          │
│                                          │
│                                          │
│                                          │
└─────────────────────────────────────────┘
```

20-cr-00633 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

On September 5, 2023, the Court held a <u>Franks</u> hearing on defendant's motion to suppress evidence obtained from three search warrants. After full consideration of the written submissions and evidence presented at the hearing, the Court hereby denies defendant's motion to suppress. An opinion explaining the reasons for this decision will issue in due course.

SO ORDERED.

New York, NY
September 9, 2023

JED S. RAKOFF, U.S.D.J.