```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    -v-<br><br>LAURELL WELLS,<br><br>            Defendant. | 20-cr-00633 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

On September 7, 2023, the Court denied defendant's motion to suppress after holding a Franks hearing. In that order, the Court indicated that an opinion explaining the reasons for that decision would issue in due course. See 9/7/23 Order, ECF No. 159. However, on September 19, 2023, Mr. Wells pled guilty to all three counts of the Indictment and thereby waived any appeal from the denial of his motion to suppress. See United States v. Lasaga, 328 F.3d 61, 63 (2d Cir. 2003) ("A defendant who pleads guilty unconditionally admits all elements of the formal charge and, in the absence of court-approved reservation of issues for appeal, waives all challenges to prosecution except those going to the court's jurisdiction."). Accordingly, no opinion need issue and the Clerk is respectfully directed to close entry number 156 on the docket.

SO ORDERED.

1

New York, NY
December 20, 2023

_____
JED S. RAKOFF, U.S.D.J.