

**Glen G. McGorty**
GMcGorty@crowell.com
(212) 895-4246 direct

Crowell & Moring LLP
Two Manhattan West, 44th Floor
375 9th Avenue
New York, NY 10001
+1.212.223.4000 main
+1.212.223.4134 fax

December 21, 2023

Honorable Jed S. Rakoff
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Laurell Wells**
      **20 Cr. 633 (JSR)**

Dear Judge Rakoff:

With the Court's permission, we submit this letter to respectfully request to be relieved as counsel for Laurell Wells, the defendant in the above-referenced matter.

At the conclusion of Mr. Wells' sentencing hearing on December 19, 2023, we asked the Court to relieve us and appoint new counsel to represent Mr. Wells going forward, as our client has previewed to us that he intends to file an appeal in this matter and that the appeal will include a claim of ineffective assistance of counsel. *See* Transcript of Record at 32, 3-8, *United States v. Wells*, (S.D.N.Y. Dec. 19, 2023). As we cannot raise this claim on behalf of Mr. Wells, Your Honor indicated that new CJA counsel would be appointed the next day. *Id*. at 32, 9-11. As we learned from your Law Clerk earlier today, this Court is unable to appoint SDNY CJA counsel for purposes of an appeal, and an application for the appointment of appellate counsel will need to be made directly to the Second Circuit.

As we advised this Court on December 19, 2023, given the short deadline, we intend to file the Notice of Appeal for Mr. Wells despite our inability to represent him going forward. We now respectfully request to be formally relieved so we can indicate in the Notice of Appeal that we no longer represent Mr. Wells and that he will need to be appointed appellate counsel.

Respectfully submitted,

*[signature]*
Glen G. McGorty

SO ORDERED

*[signature]*
USDJ
12-22-23

crowell.com
NYACTIVE-23640990.2