UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– v. –

LAURELL WELLS,

              Defendant.

**Limited Unsealing Order**

20 Cr. 633 (JSR)

Upon the application of the United States, by Assistant United States Attorney Katherine Cheng, and upon the consent of the defendant Laurell Wells;

It is found that the transcript for the pretrial conference dated September 18, 2023 in the above-captioned case, a portion of which was conducted ex-parte, is currently sealed, and the United States Attorney's Office has applied to have that transcript unsealed for the limited purpose of providing it to the United States Attorney's Office in connection with responding to defendant Laurell Wells's pending appeal, it is therefore:

ORDERED that the entire transcript for the September 18, 2023 pretrial conference in the above-captioned action be unsealed to the limited extent of providing it to the United States Attorney's Office.

Dated:    New York, New York
              November 26, 2024

_____
HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK