UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>– v. –<br><br>LAURELL WELLS,<br><br>Defendant. | **Unsealing Order**<br><br>20 Cr. 633 (JSR) |

Upon the application of the United States, by Assistant United States Attorneys Katherine Cheng and Michael D. Maimin, and upon the consent of the defendant Laurell Wells, by his attorney JaneAnne Murray, Esq.;

It is found that, in the above-captioned case, the transcripts for the pretrial conferences on June 29, 2023, and September 18, 2023, as well as an *ex parte* letter to the Court from counsel for Wells dated September 15, 2023, are either partially or entirely sealed or subject to a limited unsealing order, and the United States Attorney's Office has applied to have those two transcripts and this letter unsealed in connection with defendant Laurell Wells's pending appeal, it is therefore:

ORDERED that (1) the entire transcripts for the June 29, 2023, and September 18, 2023 pretrial conferences, and (2) the September 15, 2023, letter in the above-captioned action be unsealed.

Dated:   New York, New York
         January 15, 2025

_____
THE HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK