UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ UNITED STATES                   │
│                                 │
│    -v-                          │
│                                 │
│ LAURELL WELLS,                  │
│                                 │
│           Defendant.            │
└─────────────────────────────────┘
```

20-cr-633-01 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

The Court is in receipt of a pro se motion from defendant Laurell Wells seeking a reduction in the length of his sentence under 18 U.S.C. § 3582(c)(2). The Government is hereby ordered to respond to defendant's motion by no later than August 3, 2026.

The Clerk of Court is respectfully directed to mail a copy of this Order to the defendant.

SO ORDERED.

New York, NY
July ⊥, 2026

_____
JED S. RAKOFF, U.S.D.J.

1